# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1103**

**CAF 11-02548**

PRESENT: FAHEY, J.P., PERADOTTO, CARNI, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF DEBORAH D. NAJARRO,
PETITIONER-RESPONDENT,

V                                                           ORDER

JON T. FONTAINE, RESPONDENT-APPELLANT.

---

ROBERT A. DINIERI, CLYDE, FOR RESPONDENT-APPELLANT.

---

Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered November 1, 2011 in a proceeding pursuant to Family Court Act article 8.  The order, among other things, directed respondent to stay away from petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 9, 2012                    Frances E. Cafarell
                                              Clerk of the Court